# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-2511

———————

James Allen Nunley,     *
    *
       Appellant,     *
    *
    *   Appeal from the United States
     v.     *   District Court for the
    *   Western District of Arkansas.

Department of Justice, United States of   *
America; Drug Enforcement Agency;   *   [UNPUBLISHED]
Officer Halfacre, Individually and in     *
his official capacities; Federal     *
Narcotics Agents, Individually and in     *
their official capacities,     *
    *
       Appellees.     *

———————

Submitted: July 14, 2008
Filed: July 24, 2008 **(Corrected 7/25/08)**

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

In this appeal after a remand, see Nunley v. Dep't of Justice, 425 F.3d 1132 (8th Cir. 2005), James Nunley challenges the district court's[1] adverse grant of summary judgment in his action to set aside administrative forfeitures. Upon de novo review,

---

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

see <u>Bloom v. Metro Heart Group of St. Louis, Inc.</u>, 440 F.3d 1025, 1028 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons stated by the district court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____